ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Tech Projects, LLC | ) | ASBCA No. 58789 |
| | ) | |
| Under RFP Nos. W9124Q-08-T-0003 | ) | |
| W9124Q-08-R-0004 | ) | |

APPEARANCE FOR THE APPELLANT:  Joseph E. Schmitz, Esq.
    Schmitz & Socarras LLP
    McLean, VA

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    CPT Evan C. Williams, JA
    Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE YOUNGER
## ON THE GOVERNMENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION

The government has filed a motion to dismiss this appeal, stating that the contracting officer has voluntarily agreed to pay appellant the remaining principal balance of its claim, plus accrued interest, and hence that the appeal is moot. Appellant has responded, concurring in the request for dismissal and stipulating to a final non-appealable order of dismissal. Appellant has further stated that it intends to file an application under the Equal Access to Justice Act upon dismissal.

The appeal is accordingly dismissed as moot.

Dated: 4 March 2016

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                I concur

_MARK N. STEMPLER_                       _RICHARD SHACKLEFORD_
Administrative Judge                     Administrative Judge
Acting Chairman                          Vice Chairman
Armed Services Board                     Armed Services Board
of Contract Appeals                      of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 58789, Appeal of Tech Projects, LLC, rendered in conformance with the Board's Charter.

Dated:


                                        _JEFFREY D. GARDIN_
                                        Recorder, Armed Services
                                        Board of Contract Appeals

2